| | |
|---|---|
| **Subject:** | FW: Activity in Case 1:23-cv-00416-JL-TSM Castro v. NH Secretary of State et al Motion for Temporary Restraining Order |
| **Date:** | Monday, September 18, 2023 at 3:47:17 PM Eastern Daylight Time |
| **From:** | O'Donnell, Brendan |
| **To:** | Richard Lehmann |
| **CC:** | Garland, Samuel |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png |

Rick,

FYI, please see below communication from Mr. Castro to Attorney Binnall regarding Mr. Castro's federal lawsuit in New Hampshire against Donald Trump and the Secretary of State.

-Brendan

---

**From:** John Anthony Castro <j.castro@johncastro.com>
**Sent:** Sunday, September 17, 2023 5:49 PM
**To:** 'Jesse Binnall' <jesse@binnall.com>
**Cc:** 'Magistrate Judge Saint-Marc, Case Manager Brier Duhamel' <brier_duhamel@nhd.uscourts.gov>; 'Back Up Case Manager Brandy Fantasia' <brandy_fantasia@nhd.uscourts.gov>; Scanlan, David <David.Scanlan@sos.nh.gov>; DOJ: Attorney General <AttorneyGeneral@doj.nh.gov>; 'Jared Roberts' <jared@binnall.com>; 'Lindsey Halligan' <lindseyhalligan@outlook.com>
**Subject:** RE: Activity in Case 1:23-cv-00416-JL-TSM Castro v. NH Secretary of State et al Motion for Temporary Restraining Order

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

---

Jesse,

Please be advised that your representation in this matter is irrelevant.  "A lawyer shall inform the client of facts pertinent to the matter and of communications from another party that may significantly affect… resolution of the matter."  Va. Sup. Ct. R. PT 6 2 RPC 1.4.  This matter is reasonably related to the pending appeal before the U.S. Court of Appeals for the 11th Circuit and the U.S. Supreme Court.  Numerous circuits have held that notice given to a current attorney in a separate matter is "reasonably calculated" to give notice to the Defendant.  Bye v. U.S., 105 F.3d 856 (2d Cir. 1997); U.S. v. Gonzalez, 139 F.3d 908 (9th Cir. 1998); In re Schicke, 97 F. App'x 249 (10th Cir. 2004).

Your reply is confirmation you're aware.  Regardless of whether you inform your client as required by the Virginia Rules of Professional Conduct, notice will be implied.



**John Anthony Castro**
2024 Republican Presidential Candidate
+1 202 594 4344 | J.Castro@JohnCastro.com

www.JohnCastroCo.com

          

---

**From:** Jesse Binnall <jesse@binnall.com>
**Sent:** Sunday, September 17, 2023 4:31 PM
**To:** John Anthony Castro <j.castro@johncastro.com>
**Cc:** Magistrate Judge Saint-Marc, Case Manager Brier Duhamel <brier_duhamel@nhd.uscourts.gov>; Back Up Case Manager Brandy Fantasia <brandy_fantasia@nhd.uscourts.gov>; David.Scanlan@sos.nh.gov; AttorneyGeneral@doj.nh.gov; Jared Roberts <jared@binnall.com>; Lindsey Halligan <lindseyhalligan@outlook.com>
**Subject:** Re: Activity in Case 1:23-cv-00416-JL-TSM Castro v. NH Secretary of State et al Motion for Temporary Restraining Order

All:

Please be advised that per my previous email, neither my firm nor I represent President Trump in this matter.

Thank you.

Jesse Binnall

On Sun, Sep 17, 2023 at 5:29 PM John Anthony Castro <j.castro@johncastro.com> wrote:

> To the Case Managers of the Honorable Talesha Leah Saint-Marc:
>
> Please note that I have filed the attached **Emergency** Motion for a Temporary Restraining Order in my federal civil action against Defendant Secretary of State David Scanlan and Defendant **Donald John Trump** seeking to disqualify him from appearing on the New Hampshire primary ballot.
>
> This is a matter of national importance that requires the Honorable Talesha Leah Saint-Marc's immediate attention.  I have copied legal counsel for Defendants on this email.  I will contact the Court tomorrow during regular business hours.



**John Anthony Castro**
2024 Republican Presidential Candidate
+1 202 594 4344 | J.Castro@JohnCastro.com

www.JohnCastroCo.com

---

**From:** ecf_bounce@nhd.uscourts.gov <ecf_bounce@nhd.uscourts.gov>
**Sent:** Sunday, September 17, 2023 4:15 PM
**To:** nef@nhd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-00416-JL-TSM Castro v. NH Secretary of State et al Motion for Temporary Restraining Order

You don't often get email from ecf_bounce@nhd.uscourts.gov. Learn why this is important

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Hampshire

## Notice of Electronic Filing

The following transaction was entered on 9/17/2023 at 5:15 PM EDT and filed on 9/17/2023

**Case Name:**        Castro v. NH Secretary of State et al

**Case Number:**      1:23-cv-00416-JL-TSM

**Filer:**            John Anthony Castro

**Document Number:** 6

**Docket Text:**
**Emergency MOTION for Temporary Restraining Order *and Expedited Preliminary Injunction Hearing Consolidated With A Preliminary Bench Trial On The Merits* filed by John Anthony Castro. HEARING REQUESTED.Follow up on Objection on**

**10/2/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # (1) Proposed Order Proposed Order (PDF))(Castro, John)**

**1:23-cv-00416-JL-TSM Notice has been electronically mailed to:**

John Anthony Castro     j.castro@castroandco.com

**1:23-cv-00416-JL-TSM Notice, to the extent appropriate, must be delivered conventionally to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=9/17/2023] [FileNumber=2698675-0
] [9711a3ba302e552f8becc1bd8456b61f1ac539aa9d9ce0b6ab48d34f08e18df4c1c
990d447f9540c626b6b024948278907c534665befbe55e901c94b175cb86c]]
**Document description:**Proposed Order Proposed Order (PDF)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=9/17/2023] [FileNumber=2698675-1
] [61a3106ae8b9e7b48570a9e696e017a4d31f518d9cb175e806b6ba621e233ee326a
ac2c7bcb923361c217105eb07888b4fd12c471e724593b6ee18c313d0f9c8]]

--

**Jesse R. Binnall**
**Partner** | Binnall Law Group
717 King Street | Suite 200 | Alexandria, VA 22314
(571) 467-6566 (direct)
(703) 888-1943 (office)
jesse@binnall.com




This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged.  The information is intended solely for the recipient and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail.  Thank you.