IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

JOHN ANTHONY CASTRO,

                Plaintiff,

v.                                        No. 1:23-cv-00416-JL-TSM

SECRETARY OF STATE DAVID SCANLAN and
DONALD JOHN TRUMP,

                Defendants.


**AFFIDAVIT OR RICHARD J. LEHMANN IN SUPPORT OF
RESPONSE TO EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING
ORDER AND EXPEDITED PRELIMINARY INJUNCTION HEARING
CONSOLIDATED WITH A PRELIMINARY BENCH TRIAL ON THE MERITS**

I, Richard J. Lehmann, on oath do depose and say:

1. I personally retrieved a copy of Exhibit 1, the July 18, 2016 letter from the Unauthorized Practice of Law Committee of the Florida Bar to John Anthony Castro from U.S. District Court for the Northern District of Texas (Dallas), where it was on file in the case *Castro v. Berg*, Case No. 3:18-cv-00573-N, and available through the court's ECF system.

2. I received a forwarded a copy of Exhibit 2, the email exchange between John Anthony Castro and Attorney Jesse Binnall, from Assistant Attorney General Brendan O'Donnell, and I have no reason to believe that those emails are in any way inauthentic.

3. I personally obtained a copy of Exhibit 3, the complaint filed in the Merrimack Superior Court, Case no. 217-2023-cv-00462, by going to the courthouse and requesting a copy from the clerk's office.

Date: September 19, 2023                    */s/Richard J. Lehmann*
                                                                     Richard J Lehmann