IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN ANTHONY CASTRO, <br><br>Plaintiff, <br><br>v. <br><br>SECRETARY OF STATE DAVID SCANLAN <br><br>DONALD JOHN TRUMP <br><br>Defendants. | Case No. 1:23-CV-00416-JL-TSM |

**ADDENDUM TO MOTION FOR DAVID WARRINGTON TO
TO APPEAR PRO HAC VICE**

I, Richard Lehmann hereby submit the within Declaration and Exhibit in as an addendum in support of the previously filed Motion For David Warrington to Appear Pro Hac Vice (Doc. 16) , and in support thereof state as follows:

1. As the attached Declaration states, Attorney Warrington received a closing letter from the State Bar or Arizona dated September 20, 2023.

2. The closing letter, which was received after the motion to appear pro hac vice was filed, states that the Bar received a complaint against him, but that no further investigation was warranted.

3. This information is being provided to the Court in an abundance of caution and for the purpose of complete transparency relative to Attorney Warrington's application to appear pro hac vice.

                                        Respectfully Submitted,
                                        Donald J. Trump
                                        By his attorneys,
                                        Lehmann Major List, PLLC

                                        */s/Richard J. Lehmann*
September 21, 2023            _____
                                        Richard J. Lehmann (Bar No. 9339)
                                        6 Garvins Falls Road
                                        Concord, N.H. 03301
                                        (603) 731-5435
                                        rick@nhlawyer.com

## CERTIFICATION

I hereby certify that a copy of this pleading was this day forwarded to counsel appearing in this matter via the court's electronic service system.

                                        */s/Richard J. Lehmann*
September 21, 2023            _____
                                        Richard J. Lehmann