UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Anthony Castro

  v.          Civil No. 23-cv-416-JL

N.H. Secretary of State, et al.

## Summary Order

During the video conference held today, the plaintiff withdrew his motion for an ex parte temporary restraining order, and the court construes the motion (doc. no. 6) as a motion for a preliminary injunction. The court set the following schedule:

The plaintiff shall file his objections to the motion for pro hac vice admission of David Warrington (doc. no. 16) and the motion to intervene (doc. no. 8) by **September 25, 2023**.

Counsel for Donald Trump (1) shall notify the court as soon as possible whether his physical presence will be necessary for the preliminary injunction hearing; and (2) shall notify the court by **September 26, 2023**, whether or not he will object to consolidation of the hearing on the motion for a preliminary injunction with the hearing on the merits of the plaintiff's claim. Notice may be provided by email to the Deputy Clerk.

The defendants shall file their jurisdictional challenges by **September 29, 2023,** and the plaintiff shall file his response by **October 2, 2023**.

The defendants shall file their objections to the plaintiff's motion for a preliminary injunction (doc. no. 6) on or before **October 3, 2023**.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: September 22, 2023

cc:     John Anthony Castro, pro se
        Counsel of record