**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

JOHN ANTHONY CASTRO,

                Plaintiff,

v.                                                    No. 1:23-cv-00416-JL-TSM

SECRETARY OF STATE DAVID SCANLAN and
DONALD JOHN TRUMP,

                Defendants.

## NOTICE OF DEFENDANT'S ASSENT TO CONSOLIDATION OF PRELIMINARY INJUNCTION HEARING WITH BENCH TRIAL ON THE MERITS

NOW COMES Richard J. Lehmann, counsel for defendant Donald J. Trump, and respectfully informs the Court and all parties that he assents to the consolidation of the preliminary injunction hearing with a bench trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2).

                                          Respectfully Submitted
                                          Donald J. Trump
                                          By his attorneys,
                                          Lehmann Major List, PLLC

                                          */s/Richard J. Lehmann*

September 26, 2023          _____
                                          Richard J. Lehmann (Bar No. 9339)
                                          6 Garvins Falls Road
                                          Concord, N.H. 03301
                                          (603) 731-5435
                                          rick@nhlawyer.com

David Warrington
Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(415) 520-6593
DWarrington@dhillonlaw.com

Jonathan M. Shaw
Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(415) 520-6593
JShaw@dhillonlaw.com

Mark P. Meuser
Dhillon Law Group
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 520-6593
MMeuser@dhillonlaw.com

## CERTIFICATION

I hereby certify that a copy of this pleading was this day forwarded to all counsel of record via the court's electronic service system.

*/S/Richard J. Lehmann*

September 26, 2023            _____

Richard J. Lehmann

2