## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

John Anthony Castro

v.                                        Civil No.  23-cv-416-JL

N. H. Secretary of State, et al.

## **PROCEDURAL ORDER**

The evidentiary hearing on the merits in this case is currently scheduled for October 20, 2023, with certain filing requirements to precede the hearing.  The parties' filings have demonstrated a substantial issue as to whether this court has jurisdiction to hear this case, which must be decided before the court reaches the merits of the plaintiff's claim for injunctive relief.  **For that reason, the evidentiary hearing scheduled for Friday, October 20, 2023, at 9:30 a.m., will be limited to those jurisdictional issues,** and the court will schedule an evidentiary hearing on the merits, if necessary, after the jurisdictional issues are resolved. The filing requirements and deadlines set in the court's procedural order (doc. no. 26) issued on September 28, 2023, are suspended.

On or before **October 17, 2023**, each party shall file:

• a witness list;

• an exhibit list; and

• proposed findings of fact and rulings of law in this case pertaining to the jurisdictional issues.

Should counsel and Castro **unanimously** wish to reschedule the hearing before or after the current October 20 date, they may **jointly** arrange with the Deputy Clerk to do so. The plaintiff bears the burden to establish standing as to each defendant (the New Hampshire Secretary of State and Donald J. Trump) separately and that his case presents a justiciable question within the court's jurisdiction.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge


Dated:  October 5, 2023

cc:     John Anthony Castro, pro se
        Counsel of record