IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOHN ANTHONY CASTRO <br> 12 Park Place, Mansfield, TX 76063 <br><br> Plaintiff, <br><br> *v.* <br><br> SECRETARY OF STATE DAVID SCANLAN <br> 107 North Main Street, Room 204, Concord, NH 03301 <br><br> DONALD JOHN TRUMP <br> 1100 S. Ocean Blvd, Palm Beach, FL 33480 <br><br> Defendants. | Case No. 1:23-cv-00416 |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ATTENDANCE OF DEFENDANTS AND WITNESS JOHN MICHAEL FORMELLA AT JURISDICTIONAL HEARING

Pending before the Court is Plaintiff's *Motion to Compel Attendance of Defendants and Material Witness John Michael Formella* filed on October 16, 2023, in the above-captioned case. After carefully considering the liberally construed *pro se* motion along with all other filings in this case, the Court finds that Plaintiff has clearly showed a need for the testimony of Defendants and Material Witness John Michael Formella.

Accordingly, Plaintiff's *Motion to Compel Attendance of Defendants and Material Witness John Michael Formella* is hereby **GRANTED.**

Defendant Donald John Trump is **ORDERED** to make himself available to attend the Court's jurisdictional hearing on Friday, October 20, 2023, at 11:00 am ET.

Defendant Secretary of State David Scanlan is **ORDERED** to make himself available to attend the Court's jurisdictional hearing on Friday, October 20, 2023, at 11:00 am ET.

Witness John Michael Formella is **ORDERED** to make himself available to attend the Court's jurisdictional hearing on Friday, October 20, 2023, at 11:00 am ET.

It is **SO ORDERED**.

SIGNED this October _____, 2023.

_____

**HONORABLE JOSEPH NORMAND LAPLANTE**
**UNITED STATES DISTRICT JUDGE**