UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>John Anthony Castro</u>

     v.                              Civil No.  23-cv-416-JL

<u>N. H. Secretary of State, et al.</u>

**SUMMARY ORDER**

The plaintiff moves to compel (doc. no. 46) over the defendants' objections (docs. nos. 50 & 52) the New Hampshire Attorney General (who is not a party in this case), defendant New Hampshire Secretary of State, and defendant Donald J. Trump to testify at the October 20, 2023, hearing on jurisdiction.

The plaintiff did not comply with applicable rules in filing the motion (<u>see</u> <u>e.g.</u>, LR 7.1(c)), and his motion to compel does not request cognizable relief, as the proper method to compel the attendance of witnesses is not a motion to compel relief from the court, but rather is set forth under Federal Rule of Civil Procedure 45.

Further, it is clear from the parties' filings that the *factual* (as opposed to legal) matters the plaintiff seeks to establish through the named witnesses are not disputed by the defendants and are established by the New Hampshire Attorney General's September 13, 2023, letter (doc. no. 27-1) and the positions asserted in the defendants' filings.

**Conclusion.**   The motion to compel (doc. no. 46) is denied.

**SO ORDERED.**

                                              _/s/ Joe Laplante_
                                             Joseph N. Laplante
                                             United States District Judge

October 19, 2023

cc:     Counsel of record