```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

John Anthony Castro

  v.

NH Secretary of State, et al.     Case No. 23-cv-416-JL


<u>JUDGMENT</u>

 In accordance with the Order by District Judge Joseph N. Laplante dated October 27, 2023, judgment is hereby entered.

 The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

            By the Court:

            /s/ Daniel J. Lynch
            Daniel J. Lynch
            Clerk of Court


Date: October 30, 2023

cc: John Anthony Castro, pro se
   Brendan Avery O'Donnell, Esq.
   Richard J. Lehmann, Esq.
   David Warrington, Esq.
   Jonathan Mark Shaw, Esq.
   Mark Meuser, Esq.