# United States Court of Appeals
## For the First Circuit

_____

No. 23-1902

JOHN ANTHONY CASTRO,

Plaintiff, Appellant,

v.

DAVID SCANLAN, New Hampshire Secretary of State;
DONALD J. TRUMP,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: November 21, 2023

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of New Hampshire.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the District Court is affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc:  Hon. Joseph N. Laplante, Daniel Lynch, Clerk, United States District Court for the District of New Hampshire, Samuel R. V. Garland, Brendan O'Donnell, Richard J. Lehmann, Ronald D. Coleman, Gary Lawkowski, David Warrington, Jonathan Mark Shaw, Mark Meuser, Bryan K. Gould, Morgan Tanafon, John Anthony Castro